FILED

OCT 13 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

Civil Action No. 5:20-cv-01180-OLG

ALISON MAYNARD,

        Plaintiff,

vs.

COLORADO SUPREME COURT, ITS OFFICE OF ATTORNEY REGULATION COUNSEL, and WILLIAM LUCERO, PRESIDING DISCIPLINARY JUDGE, in his official and individual capacities; JACOB VOS, an individual; FRANK REMINGTON, a Wisconsin circuit court judge, in his individual capacity; THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO; and THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT,

        Defendants.

---

## MOTION TO CONSOLIDATE

---

Alison Maynard, plaintiff pro se, asks this honorable court, pursuant to Rule 42, Fed.R.Civ.P., to consolidate the preliminary injunction hearing requested in this case with the preliminary injunction hearing requested in Alison Maynard's other case, filed Sept. 29th, 2020, "Carlisle and Maynard v. Vos et al.," no. 5-20-cv-01164-FB-ESC. As grounds therefor, she states that there are common issues of law and fact in both cases respecting the disciplinary proceedings currently being prosecuted against her by Jacob Vos, attorney regulation prosecutor, in front of William F. Lucero, the presiding disciplinary judge. Both Vos and Lucero are defendants in both cases and injunctive relief is sought against both of them, in addition to other claims and defendants.

1

Case 01164 seeks to enjoin the use in evidence, at those proceedings, of the plaintiffs' private emails, intercepted in violation of federal law, and to enjoin the default and other punishment of Maynard for not obliging Vos in his discovery into them. The current case (*Maynard v. Colo. Sup. Ct. et al.*) seeks to enjoin (and preempt) the disciplinary proceedings altogether, on the basis that Maynard has not committed the unauthorized practice of law in Wisconsin, as well as that the Colorado Supreme Court has no personal jurisdiction over her, nor subject matter jurisdiction over the complaint.

WHEREFORE, cause being shown, the preliminary injunction hearing for both matters should be consolidated in the first-filed case, in the interest of justice and judicial economy.

Dated this 12th day of October, 2020.

BY THE PLAINTIFF:

*Alison Maynard*
Alison Maynard
dinophile@gmail.com

2